

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/25/2022_

Jmizrahi@mizrahikroub.com
www.mizrahikroub.com

January 24, 2022

<u>**VIA ECF**</u>

The Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *Cruz v. Wellbots Inc.*; Case No. 1:21-cv-10057 (AT)

Dear Judge Torres:

    We represent plaintiff Shael Cruz ("Plaintiff") in the above-referenced action and submit this letter to respectfully request an adjournment of the parties' obligation to indicate whether they are willing to consent to proceed before a Magistrate Judge and to submit a Case Management Plan and Scheduling Order. *See* Docket Nos. 5, 6. Plaintiff request this adjournment since Defendant's answer was due January 12, 2021, and they have yet to appear or contact Plaintiff. Plaintiff requests 30 days to obtain a certificate of Default as to Defendant Wellbots Inc., and to file an Order to Show Cause for Default Judgment in accordance with the Court's individual rules.

    We thank the Court for its consideration of this request.

                                                                              Respectfully submitted,
                                                                           <u>*/s/ Joseph H. Mizrahi*</u>
                                                                           JOSEPH H. MIZRAHI

GRANTED. By **March 4, 2022**, the parties shall file their joint letter and proposed case management plan. If Defendant has not appeared in this action by that date, Plaintiff may move for a default judgment against Defendant in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: January 25, 2022
       New York, New York

                                                      ANALISA TORRES
                                                United States District Judge