UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAEL CRUZ, Individually, and On Behalf of All Others Similarly Situated,

                    Plaintiff,

-against-

WELLBOTS INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/6/2022_

21 Civ. 10057 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 4, 2022, Plaintiff moved by order to show cause for a default judgment against Defendant. ECF No. 15. The materials in support of this application, however, do not comply with the Court's Individual Practices in Civil Cases, which require, among other things, an **affidavit** "signed by a party with personal knowledge (i.e., not the attorney in the action except in limited circumstances), which sets forth a statement of proposed damages and the basis for each element of damages." Accordingly, by **July 14, 2022**, Plaintiff shall file this missing affidavit.

    SO ORDERED.

Dated: July 6, 2022
       New York, New York

                                      ANALISA TORRES
                               United States District Judge